IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

IN RE: )
)
Donald A. Cross ) Case No. 03-21436
) Chapter 7
Debtor(s). )

FILED

2:39 pm, 1/22/10

Tim J. Ellis
Clerk of Court

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that an amount of $51,745.86, constituting unclaimed funds, is due to Toyota Motor Credit Corporation.

IT IS, THEREFORE, ORDERED that pursuant to 28 U.S.C. § 2042, the Clerk of the Bankruptcy Court, District of Wyoming, shall pay this unclaimed money to the order of:

Toyota Motor Credit Corporation
19001 South Western Avenue
P. O. Box 2958
Torrance, CA 90509-2958

DATED this 22 day of January, 2010.

United States Bankruptcy Judge

Service to:
Randy L. Royal, P. O. Box 551, Greybull, WY 82426
John C. Patton, P. O. Box 945, Cheyenne, WY 82003